ANNETTE L. HURST (STATE BAR NO. 148738)
ahurst@orrick.com
BETH M. GOLDMAN (STATE BAR NO. 118341)
beth.goldman@orrick.com
DIANA RUTOWSKI (STATE BAR NO. 233878)
drutowski@orrick.com
BRYCE BAKER (STATE BAR NO. 254072)
bbaker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Plaintiff
GOLDIEBLOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDIEBLOX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ISLAND DEF JAM MUSIC GROUP, A DIV. OF UMG RECORDINGS, INC.; BROOKLYN DUST MUSIC; BEASTIE BOYS; SONY/ATV MUSIC PUBLISHING GROUP LLC; and UNIVERSAL MUSIC PUBLISHING, INC., <br><br> Defendants. | Case No. <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L. R. 3-16 AND RULE 7.1 DISCLOSURE STATEMENT FOR GOLDIEBLOX, INC.** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff GoldieBlox, Inc. does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: November 21, 2013

ANNETTE L. HURST
BETH M. GOLDMAN
DIANA RUTOWSKI
BRYCE BAKER
Orrick, Herrington & Sutcliffe LLP

By: */s/ Annette L. Hurst*
ANNETTE L. HURST
Attorneys for Plaintiff
GOLDIEBLOX

- 2 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
AND DISCLOSURE STATEMENT
CASE NO.