DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiff
GOLDIEBLOX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOLDIEBLOX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ISLAND DEF JAM MUSIC GROUP, A DIV. OF UMG RECORDINGS, INC.; BROOKLYN DUST MUSIC; BEASTIE BOYS; SONY/ATV MUSIC PUBLISHING GROUP LLC; UNIVERSAL MUSIC PUBLISHING, INC.; RICK RUBIN; and ADAM HOROVITZ, <br><br> Defendants. | Case No. 4:13-cv-05428-DMR <br><br> **NOTICE OF APPEARANCE OF DARALYN J. DURIE ON BEHALF OF PLAINTIFF GOLDIEBLOX, INC.** <br><br> Ctrm:  4 – 3rd Floor <br> Judge: Honorable Donna M. Ryu |

NOTICE OF APPEARANCE OF DARALYN J. DURIE ON BEHALF OF PLAINTIFF GOLDIEBLOX, INC.
CASE NO. 4:13-CV-05428-DMR

1  Please take notice that Daralyn J. Durie of the law firm Durie Tangri LLP hereby enters his
2  appearance as counsel of record for Plaintiff GoldieBlox, Inc. and requests that any correspondence,
3  motions, notices, and pleadings in this action directed to Plaintiff also be served upon Daralyn J. Durie at
4  the following address:

>   Daralyn J. Durie
>   Durie Tangri LLP
>   217 Leidesdorff Street
>   San Francisco, CA  94111-3007
>   (415) 362-6666
>   Email:  ddurie@durietangri.com

Please add the name of Ms. Durie to all service lists in this matter, including the e-filing service list.

Dated:  November 27, 2013

DURIE TANGRI LLP

By:  */s/ Daralyn J. Durie*
     DARALYN J. DURIE

Attorneys for Plaintiff
GOLDIEBLOX, INC.

---

1

NOTICE OF APPEARANCE OF DARALYN J. DURIE ON BEHALF OF PLAINTIFF GOLDIEBLOX, INC.
CASE NO. 4:13-CV-05428-DMR