ANNETTE L. HURST (STATE BAR NO. 148738)
ahurst@orrick.com
BETH M. GOLDMAN (STATE BAR NO. 118341)
beth.goldman@orrick.com
DIANA RUTOWSKI (STATE BAR NO. 233878)
drutowski@orrick.com
BRYCE BAKER (STATE BAR NO. 254072)
bbaker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Plaintiff
GOLDIEBLOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDIEBLOX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ISLAND DEF JAM MUSIC GROUP, A DIV. OF UMG RECORDINGS, INC.; BROOKLYN DUST MUSIC; BEASTIE BOYS; SONY/ATV MUSIC PUBLISHING GROUP LLC; UNIVERSAL MUSIC PUBLISHING, INC.; RICK RUBIN; and ADAM HOROVITZ, <br><br> Defendants. | Case No. 3:13-cv-05428 <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

Case4:13-cv-05428-DMR   Document11   Filed11/27/13   Page2 of 3

Plaintiff GoldieBlox, Inc. hereby substitutes the firm of Durie Tangri LLP as its counsel of record herein in place of Orrick, Herrington & Sutcliffe LLP.

Dated:  November 27, 2013        GOLDIEBLOX, INC.

By: _____
    Debra Sterling Glasband

We accept the above substitution.

Dated: November 27, 2013        DURIE TANGRI LLP

By:  /s/ Joseph C. Gratz
     Joseph C. Gratz

We consent to the above substitution.

Dated:  November 27, 2013        ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/ Annette L. Hurst
     Annette L. Hurst

- 2 -

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. 3:13-CV-05428

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Joseph C. Gratz, attest that concurrence in the filing of this document has been obtained.

Dated: November 27, 2013

DURIE TANGRI LLP

By: */s/ Joseph C. Gratz*
JOSEPH C. GRATZ

Attorneys for Plaintiff
GOLDIEBLOX, INC.