DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiff and Counter-Defendant
GOLDIEBLOX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOLDIEBLOX, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ISLAND DEF JAM MUSIC GROUP, A DIV. OF UMG RECORDINGS, INC.; BROOKLYN DUST MUSIC; BEASTIE BOYS; SONY/ATV MUSIC PUBLISHING GROUP LLC; UNIVERSAL MUSIC PUBLISHING, INC.; RICK RUBIN; and ADAM HOROVITZ,<br><br>    Defendants.<br><br>MICHAEL DIAMOND; DECHEN YAUCH, EXECUTOR OF THE ESTATE OF ADAM YAUCH; BROOKLYN DUST MUSIC; BEASTIE BOYS; and ADAM HOROVITZ,<br><br>    Counter-Claimants,<br><br>v.<br><br>GOLDIEBLOX, INC.,<br><br>    Counter-Defendant. | Case No. 4:13-cv-05428-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST ISLAND DEF JAM MUSIC GROUP, A DIV. OF UMG RECORDINGS, INC.; SONY/ATV MUSIC PUBLISHING GROUP LLC; AND UNIVERSAL MUSIC PUBLISHING, INC.**<br><br>Ctrm: 4 – 3rd Floor<br>Judge: Honorable Donna M. Ryu |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff GoldieBlox, Inc. hereby gives notice that the claims in the above-captioned action against (1) Defendant Island Def Jam Music Group, a Division of UMG Recordings, Inc.; (2) Sony/ATV Music Publishing Group LLC; and (3) Universal Music Publishing, Inc. are voluntarily dismissed, without prejudice.

Dated:  December 17, 2013                                          DURIE TANGRI LLP

                                                      By:   */s/ Joseph C. Gratz*
                                                                          DARALYN J. DURIE
                                                                          JOSEPH C. GRATZ

                                                          Attorneys for Plaintiff and Counter-Defendant
                                                          GOLDIEBLOX, INC.

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on December 17, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Joseph C. Gratz*
JOSEPH C. GRATZ
