DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiff and Counterclaim-Defendant
GOLDIEBLOX, INC.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
KEVIN PUVALOWSKI (*pro hac vice application forthcoming*)
KENNETH B. ANDERSON (*pro hac vice application forthcoming*)
THOMAS M. MONAHAN, Cal. Bar No. 277536
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email: kraygor@sheppardmullin.com
kpuvalowski@sheppardmullin.com
kanderson@sheppardmullin.com
tmonahan@sheppardmullin.com

Attorneys for Defendants and Counterclaim-Plaintiffs
BEASTIE BOYS, ADAM HOROVITZ and BROOKLYN DUST
MUSIC; and Counterclaim-Plaintiffs MICHAEL DIAMOND and
DECHEN YAUCH, executor of the estate of ADAM YAUCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOLDIEBLOX, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROOKLYN DUST MUSIC; BEASTIE BOYS; RICK RUBIN; and ADAM HOROVITZ, <br><br> Defendants. | Case No. 4:13-cv-05428-DMR <br><br> **STIPULATED EXTENSION OF TIME** <br><br> Ctrm: 4 – 3rd Floor <br> Judge: Honorable Donna M. Ryu |

1  MICHAEL DIAMOND; DECHEN YAUCH,
   EXECUTOR OF THE ESTATE OF ADAM
2  YAUCH; BROOKLYN DUST MUSIC;
   BEASTIE BOYS; and ADAM HOROVITZ,
3
                Counterclaim-Plaintiffs,
4
        v.
5
   GOLDIEBLOX, INC.,
6
                Counterclaim-Defendant.
7

Plaintiff and Counterclaim-Defendant GoldieBlox, Inc. ("GoldieBlox") and Defendants and Counterclaim-Plaintiffs Beastie Boys, Adam Horovitz and Brooklyn Dust Music; and Counterclaim-Plaintiffs Michael Diamond and Dechen Yauch, executor of the estate of Adam Yauch (collectively "Beastie Boys"), pursuant to Civil Local Rules 6-1 and 6-2, respectfully request that the Court enter the following stipulation regarding extending all current deadlines.  The parties now AGREE and STIPULATE to extend all current deadlines by twenty-one (21) days.

**1. Reason for the Extension of Time.**

The current deadline for GoldieBlox to answer or otherwise respond to the Beastie Boys' counterclaims is January 6, 2014.  The parties have met and conferred and jointly agree to the requested extension so the parties can explore settlement options.

**2. Prior Time Modifications.**

There have been no previous time modifications in this case.

**3. Effect of Modification.**

The requested extension will modify all current dates by extending the dates twenty-one (21) days.

Dated:  January 6, 2014                                    DURIE TANGRI LLP

                                                           By:     */s/ Daralyn J. Durie*
                                                                   DARALYN J. DURIE

                                                           Attorneys for Plaintiff and Counterclaim-Defendant GOLDIEBLOX, INC.

Dated:  January 6, 2014                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                                           By: */s/ Kent R. Raygor*
                                                                KENT R. RAYGOR

                                                           Attorneys for Defendants and Counterclaim-Plaintiffs BEASTIE BOYS, ADAM HOROVITZ and BROOKLYN DUST MUSIC; and Counterclaim-Plaintiffs MICHAEL DIAMOND and DECHEN YAUCH, executor of the estate of ADAM YAUCH

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Daralyn J. Durie, attest that concurrence in the filing of this document has been obtained.

Dated:  January 6, 2014                               */s/ Daralyn J. Durie*
                                                                      DARALYN J. DURIE

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on January 6, 2014 with a copy of this document via the Court's CM/ECF system.

                                                                      */s/ Daralyn J. Durie*
                                                                      DARALYN J. DURIE