SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
KEVIN PUVALOWSKI (*pro hac vice application forthcoming*)
KENNETH B. ANDERSON (*pro hac vice application forthcoming*)
THOMAS M. MONAHAN, Cal. Bar No. 277536
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701
Email:        kraygor@sheppardmullin.com
              kpuvalowski@sheppardmullin.com
              kanderson@sheppardmullin.com
              tmonahan@sheppardmullin.com

Attorneys for Defendants and Counterclaim-Plaintiffs
BEASTIE BOYS, ADAM HOROVITZ and BROOKLYN DUST
MUSIC; and Counterclaim-Plaintiffs MICHAEL DIAMOND and
DECHEN YAUCH, executor of the estate of ADAM YAUCH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GOLDIEBLOX, INC.,<br>    Plaintiff,<br><br>    v.<br><br>ISLAND DEF JAM MUSIC GROUP, A DIV. OF UMG RECORDINGS, INC.; BROOKLYN DUST MUSIC; BEASTIE BOYS; SONY/ATV MUSIC PUBLISHING GROUP LLC; UNIVERSAL MUSIC PUBLISHING, INC.; RICK RUBIN; AND ADAM HOROVITZ,<br>    Defendants.<br><br>BEASTIE BOYS, a New York partnership; MICHAEL DIAMOND, an individual; ADAM HOROVITZ, an individual; DECHEN YAUCH, as executor of the estate of ADAM YAUCH, deceased; and MICHAEL DIAMOND, ADAM HOROVITZ, and DECHEN YAUCH, as executor of the estate of ADAM YAUCH, collectively d/b/a BROOKLYN DUST MUSIC,<br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>GOLDIEBLOX, INC.,<br>    Counterclaim-Defendant. | Case No. 4:13-CV-05428- DMR<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF AND COUNTERCLAIM-DEFENDANT GOLDIEBLOX, INC. AND ITS COUNSEL OF RECORD:

Defendants and Counterclaim-Plaintiffs BEASTIE BOYS, ADAM HOROVITZ and BROOKLYN DUST MUSIC; and Counterclaim-Plaintiffs MICHAEL DIAMOND and DECHEN YAUCH, executor of the estate of ADAM YAUCH, hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: January 7, 2014
SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR
KEVIN PUVALOWSKI
KENNETH B. ANDERSON
THOMAS M. MONAHAN

By  */s/ Kent R. Raygor*
KENT R. RAYGOR

Attorneys for Defendants and Counterclaim-Plaintiffs BEASTIE BOYS, ADAM HOROVITZ and BROOKLYN DUST MUSIC; and Counterclaim-Plaintiffs MICHAEL DIAMOND and DECHEN YAUCH, executor of the estate of ADAM YAUCH

201437268.1