1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   JOSEPH C. GRATZ (SBN 240676)
3  jgratz@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA 94111
   Telephone:   415-362-6666
5  Facsimile:   415-236-6300

6  Attorneys for Plaintiff and Counterclaim-Defendant
   GOLDIEBLOX, INC.
7
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8  KENT R. RAYGOR, Cal. Bar No. 117224
   KEVIN PUVALOWSKI (*pro hac vice application forthcoming*)
9  KENNETH B. ANDERSON (*pro hac vice application forthcoming*)
   THOMAS M. MONAHAN, Cal. Bar No. 277536
10 1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6055
11 Telephone: 310.228.3700
   Facsimile: 310.228.3701
12 Email: kraygor@sheppardmullin.com
   kpuvalowski@sheppardmullin.com
13 kanderson@sheppardmullin.com
   tmonahan@sheppardmullin.com
14
   Attorneys for Defendants and Counterclaim-Plaintiffs
15 BEASTIE BOYS, ADAM HOROVITZ and BROOKLYN DUST
   MUSIC; and Counterclaim-Plaintiffs MICHAEL DIAMOND and
16 DECHEN YAUCH, executor of the estate of ADAM YAUCH

17                   IN THE UNITED STATES DISTRICT COURT

18                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                              OAKLAND DIVISION

| | |
|---|---|
| GOLDIEBLOX, INC., | Case No. 4:13-cv-05428-DMR |
| Plaintiff, | **ORDER RE: STIPULATED EXTENSION OF TIME** |
| v. | Ctrm:   4 – 3rd Floor |
| BROOKLYN DUST MUSIC; BEASTIE BOYS; RICK RUBIN; and ADAM HOROVITZ, | Judge:  Honorable Donna M. Ryu |
| Defendants. | |

| | |
|---|---|
| 1 | MICHAEL DIAMOND; DECHEN YAUCH, EXECUTOR OF THE ESTATE OF ADAM YAUCH; BROOKLYN DUST MUSIC; BEASTIE BOYS; and ADAM HOROVITZ, |
| 2 | |
| 3 | |
| | Counterclaim-Plaintiffs, |
| 4 | |
| | v. |
| 5 | |
| | GOLDIEBLOX, INC., |
| 6 | |
| | Counterclaim-Defendant. |
| 7 | |

1  WHEREAS, Plaintiff and Counterclaim-Defendant GoldieBlox, Inc. ("GoldieBlox") and Defendants and Counterclaim-Plaintiffs Beastie Boys, Adam Horovitz and Brooklyn Dust Music; and Counterclaim-Plaintiffs Michael Diamond and Dechen Yauch, executor of the estate of Adam Yauch (collectively "Beastie Boys") have agreed and stipulated to extend all current deadlines by twenty-one (21) days so the parties can explore settlement options,

IT IS ORDERED that GoldieBlox shall have up and until January 27, 2014 to answer or otherwise respond to the Beastie Boys' counterclaims.

IT IS FURTHER ORDERED that all dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are extended by twenty-one (21) days.

DATED: _ 1/22/2014

*Lucy H. Koh*

Honorable Lucy H. Koh
United States District Court ~~Magistrate~~ Judge

---

1
ORDER RE: STIPULATED EXTENSION OF TIME / CASE NO. 4:13-CV-05428-DMR

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on January 6, 2014 with a copy of this document via the Court's CM/ECF system.

                                          */s/ Daralyn J. Durie*
                                          DARALYN J. DURIE