1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   JOSEPH C. GRATZ (SBN 240676)
3  jgratz@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA 94111
   Telephone:  415-362-6666
5  Facsimile:  415-236-6300

6  Attorneys for Plaintiff and Counterclaim-Defendant
   GOLDIEBLOX, INC.
7
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8  KENT R. RAYGOR, Cal. Bar No. 117224
   KEVIN PUVALOWSKI (*pro hac vice application forthcoming*)
9  KENNETH B. ANDERSON (*pro hac vice application forthcoming*)
   THOMAS M. MONAHAN, Cal. Bar No. 277536
10 1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6055
11 Telephone: 310.228.3700
   Facsimile: 310.228.3701
12 Email: kraygor@sheppardmullin.com
   kpuvalowski@sheppardmullin.com
13 kanderson@sheppardmullin.com
   tmonahan@sheppardmullin.com
14
   Attorneys for Defendants and Counterclaim-Plaintiffs
15 BEASTIE BOYS, ADAM HOROVITZ and BROOKLYN DUST
   MUSIC; and Counterclaim-Plaintiffs MICHAEL DIAMOND and
16 DECHEN YAUCH, executor of the estate of ADAM YAUCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDIEBLOX, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROOKLYN DUST MUSIC; BEASTIE BOYS; RICK RUBIN; and ADAM HOROVITZ, <br><br> Defendants. | Case No. 5:13-cv-05428-LHK <br><br> **ORDER RE: STIPULATED EXTENSION OF TIME** <br><br> Ctrm:  8 – 4th Floor <br> Judge:  Honorable Lucy H. Koh |

| | |
|---|---|
| 1 | MICHAEL DIAMOND; DECHEN YAUCH, EXECUTOR OF THE ESTATE OF ADAM YAUCH; BROOKLYN DUST MUSIC; BEASTIE BOYS; and ADAM HOROVITZ, |
| 2 | |
| 3 | |
| 4 | Counterclaim-Plaintiffs, |
| 5 | v. |
| 6 | GOLDIEBLOX, INC., |
| 7 | Counterclaim-Defendant. |

1  WHEREAS, Plaintiff and Counterclaim-Defendant GoldieBlox, Inc. ("GoldieBlox") and Defendants and Counterclaim-Plaintiffs Beastie Boys, Adam Horovitz and Brooklyn Dust Music; and Counterclaim-Plaintiffs Michael Diamond and Dechen Yauch, executor of the estate of Adam Yauch (collectively "Beastie Boys") have agreed and stipulated to extend all current deadlines by twenty-one (21) days so the parties can explore settlement options,

IT IS ORDERED that GoldieBlox shall have up and until February 17, 2014 to answer or otherwise respond to the Beastie Boys' counterclaims.

IT IS FURTHER ORDERED that the deadline to file the Case Management Statement is extended to April 2, 2014 and the Case Management Conference shall be set for April 9, 2014 (or a date thereafter that is convenient for the Court).

DATED: 1/28/2014

_____
Honorable Lucy H. Koh
United States District Court Judge

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on January 27, 2014 with a copy of this document via the Court's CM/ECF system.

*/s/ Daralyn J. Durie*
DARALYN J. DURIE
