SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
KEVIN PUVALOWSKI (*pro hac vice application forthcoming*)
KENNETH B. ANDERSON (*pro hac vice application forthcoming*)
THOMAS M. MONAHAN, Cal. Bar No. 277536
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email: kraygor@sheppardmullin.com
kpuvalowski@sheppardmullin.com
kanderson@sheppardmullin.com
tmonahan@sheppardmullin.com

Attorneys for Defendants and Counterclaim-Plaintiffs
BEASTIE BOYS, ADAM HOROVITZ and BROOKLYN DUST
MUSIC; and Counterclaim-Plaintiffs MICHAEL DIAMOND and
DECHEN YAUCH, EXECUTOR OF THE ESTATE OF ADAM YAUCH

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Plaintiff and Counterclaim-Defendant
GOLDIEBLOX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDIEBLOX, INC., | Case No. 5:13-cv-05428-LHK |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)** |
| v. | |
| BROOKLYN DUST MUSIC; BEASTIE BOYS; RICK RUBIN; and ADAM HOROVITZ, | Ctrm:   8 – 4th Floor<br>Judge:   Honorable Lucy H. Koh |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MICHAEL DIAMOND; DECHEN YAUCH,
EXECUTOR OF THE ESTATE OF ADAM
YAUCH; BROOKLYN DUST MUSIC;
BEASTIE BOYS; and ADAM HOROVITZ,

               Counterclaim-Plaintiffs,

    v.

GOLDIEBLOX, INC.,

               Counterclaim-Defendant.

1       IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a), by Plaintiff

2  and Counterclaim-Defendant GoldieBlox, Inc. ("GoldieBlox"), on the one hand, and Defendants and

3  Counterclaim-Plaintiffs Beastie Boys, Adam Horovitz and Brooklyn Dust Music; and Counterclaim-

4  Plaintiffs Michael Diamond and Dechen Yauch, executor of the estate of Adam Yauch (collectively

5  "Beastie Boys"), on the other hand, through their respective counsel of record, that the above-captioned

6  action is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

7

8  Dated:  March 17, 2014                     SHEPPARD, MULLIN, RICHTER &
                                        HAMPTON LLP

9

10                                 By:     /s/ Kent R. Raygor
                                            KENT R. RAYGOR

11                                 Attorneys for Defendants and Counterclaim-
                                 Plaintiffs BEASTIE BOYS, ADAM

12                                 HOROVITZ and BROOKLYN DUST
                                 MUSIC; and Counterclaim-Plaintiffs

13                                 MICHAEL DIAMOND and DECHEN
                                 YAUCH, executor of the estate of ADAM

14                                 YAUCH

15

16  Dated:  March 17, 2014                     DURIE TANGRI LLP

17                                 By:     /s/ Daralyn J. Durie
                                            DARALYN J. DURIE

18

19                                 Attorneys for Plaintiff and Counterclaim-
                                 Defendant GOLDIEBLOX, INC.

20

21

22

23

24

25

26

27

28

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Kent R. Raygor, attest that concurrence in the filing of this document has been obtained.

Dated:  March 17, 2014

                                                                    /s/ Kent R. Raygor
                                                                    KENT R. RAYGOR

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on March 17, 2014 with a copy of this document via the Court's CM/ECF system.

                                                                    /s/ Kent R. Raygor
                                                                    KENT R. RAYGOR